■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. STEPHEN S. SCOPAS and JACOB COHEN, Respondents.— Order entered on June 9, 1960, granting defendants-respondents' motions for an order vacating and setting aside

the order of said court, made on April 27, 1959, approving the Grand Jury's direction that an information be filed against the defendants in the Court of Special Sessions of the City of New York, and disapproving said direction, and dismissing said information, unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.